IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HITAN ABUHOURAN,

    Plaintiff,

    v.

KAISERKANE, INC., et al,,

    Defendants.

No. 3:10-CV-2281

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

NOW this 20th day of December, 2010, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2)    This case is to be transferred to the District Court for New Jersey pursuant to § 1404(a).

(3)    Plaintiff's *In forma pauperis* Motion (Doc. 2) will be left to the transferee court to decide.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge